Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014  FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                                          ) Case No.: 2:10-bk-64455-VZ
                                                )
   Cortes, Donato                              ) TRUSTEE'S NOTICE OF
                                                ) UNCLAIMED DIVIDEND
                                                ) (Bankruptcy Rule 3011)
                                                )
                                                )
                                                )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 639440 in the sum of $408.77 representing the total amount of unclaimed dividend in the above-entitled debtor's estate.  The check was not deliverable at the address of record.  The Trustee, after due diligence, has not been able to locate the payee.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The record reflects the name and address of the party entitled to said unclaimed dividend to be:

       John L. Ogletree
       Law Offices of John L. Ogletree
       3101 W. Beverly Blvd., #203
       Montebello, CA  90640

Date: August 12, 2011                           /s/ Nancy Curry

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                              Check No. 639440

Pay to: 50003300  U.S. BANKRUPTCY COURT
Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 1064455-VZ | 666-0 | CORTES, DONATO | | 3,091.23 | 408.77 | 0.00 | 408.77 |

---

⚠ WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
Suntrust Bank

64-79/611

No. 639440

PAY** Four Hundred Eight Dollars and 77 Cents***************************

AMOUNT****$408.77************

VOID AFTER November 09, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA. 90012-

*Nancy Curry* (signature)

⑈639440⑈ ⑆061100790⑆ 000000575200 ⑈